IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | CV 17–99–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES FISH & WILDLIFE SERVICE; and RYAN ZINKE, in his official capacity as Secretary of the Interior, | |
| Defendants. | |

Plaintiff Center for Biological Diversity moves for the admission of Tanya Sanerib to practice before this Court in this case with Kristine Akland to act as local counsel. Ms. Sanerib's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiff's motion to admit Tanya Sanerib *pro hac vice* (Doc. 4) is GRANTED on the condition that Ms. Sanerib shall do her own work. This means that Ms. Sanerib must do her own writing; sign her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website,

1

www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Sanerib, within fifteen (15) days of the date of this Order, files a notice acknowledging her admission under the terms set forth above.

DATED this _____ 13th day of July, 2017.

Donald W. Molloy, District Judge
United States District Court