FILED

JUL 13 2017

Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FISH & WILDLIFE SERVICE; and RYAN ZINKE, in his official capacity as Secretary of the Interior,<br><br>Defendants. | CV 17–99–M–DWM<br><br>ORDER |

Plaintiff Center for Biological Diversity filed this action on July 13, 2017, alleging the Federal Defendants violated the National Environmental Policy Act ("NEPA") in their preparation of an Environmental Assessment related to the Convention on the International Trade in Endangered Species of Fauna and Flora ("CITES"). A similar challenge is already pending before the Court. *See WildEarth Guardians v. Hoover*, CV 16–65–M–DWM.

Accordingly, IT IS ORDERED that the parties shall file a statement as to their position on consolidation with the *WildEarth* case on or before **August 1, 2017.** *See* Fed. R. Civ. P. 42(a)(2). As the Federal Defendants have yet to appear

1

in this action, the plaintiff is responsible for informing them of this Order and conferring with them regarding the joint filing.

DATED this 13th day of July, 2017.

Donald W. Molloy, District Judge
United States District Court