IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

SEP 26 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br><br>and<br><br>CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Consolidated-Plaintiff,<br><br>vs.<br><br>UNITED STATES FISH & WILDLIFE SERVICE; et al.,<br><br>Defendants,<br><br>and<br><br>MONTANA TRAPPERS ASSOCIATION, NATIONAL TRAPPERS ASSOCIATION, and FUR INFORMATION COUNCIL OF AMERICA,<br><br>Defendant-Intervenors. | Lead Case No.<br>CV 16–65–M–DWM<br><br>Member Case No.<br>CV 17–99–M–DWM<br><br>ORDER |

The parties having proposed a joint case management plan, IT IS

ORDERED that the following schedule shall govern the proceedings in this case:

1

| | |
|---|---|
| Certification of Administrative Record: | December 15, 2017 |
| Motion to Supplement the Administrative Record | January 26, 2018 |
| Motion to Amend Pleadings | February 2, 2018 |
| Plaintiffs' joint motion for summary judgment, including Plaintiff WildEarth's motion for summary judgment on its ESA claims (max. 7,500 words) | February 23, 2018 |
| Intervenors' joint response and cross-motion (max. 5,000 words) and Federal Defendants' response and cross-motion for summary judgment (max. 7,500 words) | March 23, 2018 |
| Plaintiffs' joint response and reply to both Federal Defendants' and Intervenors' motions (including ESA claims) (max. 7,500 words) | April 20, 2018 |
| Federal Defendants' reply (max. 4,750 words) and Intervenors' joint reply (max. 2,750 words) | May 18, 2018 |

IT IS FURTHER ORDERED that this briefing schedule may only be stayed by further order of the Court and will not be automatically stayed by the filing of any motions. Any further challenges to Plaintiffs' standing shall be sought on summary judgment. All other motions not discussed above are governed by the time and length limitations outlined in Local Rule 7.1.

IT IS FURTHER ORDERED that the parties are required to adhere to Local Rule 56.1 and file statements of undisputed and disputed facts. Plaintiffs shall

jointly file such statements and so shall Intervenors. Federal Defendants may choose to join Intervenors in either statement.

IT IS FURTHER ORDERED that the parties are permitted to use the acronym "CITES" in addition to those acronyms outlined in this Court's previous order. (*See* Doc. 68 at ¶ 5.) No other acronyms may be used.

Dated this 26th day of September, 2017.

_____
Donald W. Molloy, District Judge
United States District Court