IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

SEP 26 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| WILDEARTH GUARDIANS, | Lead Case No. CV 16–65–M–DWM |
| Plaintiff, | |
| and | Member Case No. CV 17–99–M–DWM |
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| Consolidated-Plaintiff, | ORDER |
| vs. | |
| UNITED STATES FISH & WILDLIFE SERVICE; et al., | |
| Defendants, | |
| and | |
| MONTANA TRAPPERS ASSOCIATION, NATIONAL TRAPPERS ASSOCIATION, and FUR INFORMATION COUNCIL OF AMERICA, | |
| Defendant-Intervenors. | |

IT IS ORDERED that the parties are required to hyperlink the record

1

citations included in their summary judgment briefing to the record certified by the agency.

Dated this 26th day of September, 2017.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court