IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FISH & WILDLIFE SERVICE; et al.,<br><br>Defendants,<br><br>and<br><br>MONTANA TRAPPERS ASSOCIATION, NATIONAL TRAPPERS ASSOCIATION, and FUR INFORMATION COUNCIL OF AMERICA,<br><br>Defendant-Intervenors. | CV 17-99-M-DWM<br><br>JUDGMENT |

This action came before the Court for hearing or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED, in accordance with the Court's Order, that final judgment is entered in favor of the defendants and against the plaintiffs.

This case is no longer consolidated and will be closed upon the filing of this judgment.

Dated this 26th day of October, 2018.

                TYLER P. GILMAN, CLERK

                By: /s/ Nicole Stephens
                Nicole Stephens, Deputy Clerk